UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,    v.STEVEN R. BARRELL,    Defendant. | 2:21-po-00001-CKD ORDER TO DISMISS AND VACATE INITIAL APPEARANCE DATE:  January 21, 2021TIME:  9:30 a.m.JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00001-CKD with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on January 21, 2021, is vacated.

IT IS SO ORDERED.

Dated:  January 14, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE